### TOWNSEND *vs.* STATE.

CONCEALED WEAPONS, FROM LUMPKIN.   Practice in Superior Court.   Criminal Law.
(Before Judge Estes.)

Blandford, J.—Where, after a jury had been stricken by the defendant, the presiding Judge stated to another defendant, who had just been tried and acquitted, that he was lucky to escape, and that he had the jury to thank for it, as the evidence showed he was clearly guilty, and that he(the Judge) did not see how the jury could find such a verdict, this furnished no ground of exception on behalf of the defendant then on trial, the remark not being made to him or in his case.   Collins *vs.* State, (February term, 1884); 59 Ga., 159.

Judgment affirmed.

R. H. Baker; M. G. Boyd, for plaintiff in error.

W. S. Erwin, Solicitor General, by Haralson & Loring; W. F. Findley, for the State.